**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-6819**

———————

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

     v.

INOCENTE ANTUNEZ JIMENEZ,

             Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Malcolm J. Howard, District Judge.  (4:01-cr-00031-H-2)

———————

Submitted:  September 16, 2008     Decided:  September 23, 2008

———————

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Inocente Antunez Jimenez, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Inocente Antunez Jimenez appeals the district court's order denying his motion for a reduction in sentence under 18 U.S.C. § 3582(c)(2) (2000) and its order denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Jimenez, No. 4:01-cr-00031-H-2 (E.D.N.C. Apr. 28, 2008 & May 21, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED